In the Matter of the Application of the TOWN OF WEST SENECA for the Appointment of a Referee to Ascertain, Audit and Adjust between the City of Lackawanna and the Town of West Seneca, All Debts, Claims, etc.— Motion granted permitting Bethlehem Steel Company to file brief on appeal as *amicus curiæ*. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

INTERNATIONAL RAILWAY COMPANY, Respondent, v. CITY OF BUFFALO, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by May fourteenth and argue the appeal during the week of May sixteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

KANE-CADILLAC COMPANY, Respondent, v. CITY OF BUFFALO and Another, Appellants.— Appeal dismissed unless appellants shall furnish to respondent typewritten copies of record and brief by May fourteenth, and argue the appeal during the week of May sixteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

SUSIE WATSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent, v. CLINTON H. HULETT and Others, as Assessors of the City of Fulton, and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers by May twelfth, and serve a typewritten copy of brief by May sixth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LILLIAN WEGMAN ADAMS, as Executrix, etc., of JULIA WEGMAN PAGE, Deceased, Respondent, v. PAUL R. CLARK and Another, Appellants.— Order entered March 29, 1927, modified so as to provide that appellants' briefs be filed and served by July fifteenth, and that appeal be ready for argument at the opening of the September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CITIZENS TRUST COMPANY OF UTICA, N. Y., Respondent, v. R. PRESCOTT & SON, INCORPORATED, Appellant, Impleaded with Others.— Motion to dismiss appeals granted unless appellant shall file and serve printed papers and printed briefs in the three appeals and be ready for argument by May thirteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DAWN W. SCHUYLER, Respondent, v. MAUD BLAIR NOTTINGHAM, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concur, except Crouch, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BENJAMIN CLARMONT, Respondent, v. FRANCESCA CIRRI and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE KEDING, Respondent, v. JESSE PHILLIPS, Defendant, and FRED FULLER, Appellant.— Order modified so as to provide that the respondent shall also give to the appellants an undertaking to secure payment of the judgment already entered, as a further condition of granting the order, and as so modified the order is affirmed, without costs of this appeal to either party. The bond is to be approved as to form and sufficiency by a justice of the Supreme Court. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LILLIAN BELLE STEPHENS, an Infant, by HENRIETTA STEPHENS, Her Guardian